✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 0 2 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR 03-17-2-PCT-FJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| Neville Lee Nez, | ) **ORDER** |
| Defendant. | ) |

A detention hearing on the Petition on Supervised Release was held on July 2, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.
3     DATED this 2nd day of July, 2007.

                                              Lawrence O. Anderson
                                              United States Magistrate Judge